In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending

of Astoria Boulevard (Flushing Avenue), from 23rd (Potter) Avenue to Northern Boulevard (Jackson Avenue), Subject to the Rights, if Any, of the New York and Queens County Railway Company; 71st (Meagher) Street from Astoria Boulevard (Flushing Avenue) to Ditmars Boulevard; 72d (McCook) Street from Astoria Boulevard (Flushing Avenue) to Ditmars Boulevard; 31st (Patterson) Avenue from the Center Line of 102nd (45th) Street to Astoria Boulevard (Flushing Avenue); 102nd (45th) Street from 31st (Patterson) Avenue to Astoria Boulevard (Flushing Avenue); Public Place Bounded by Astoria Boulevard (Flushing Avenue), 24th (Siegel) Avenue and 81st (24th) Street; Public Place Bounded by Astoria Boulevard (Flushing Avenue), 25th (Schurz) Avenue and 88th (31st) Street, and Public Place Bounded by Astoria Boulevard (Flushing Avenue), 31st (Patterson) Avenue and 102nd (45th) Street, in the Borough of Queens, City of New York. PARAGON TRADING CORPORATION, Appellant; THE CITY OF NEW YORK; BENJAMIN HOLLAND; RAYMOND C. WEBER, as Receiver and Trustee in the Matter of BENJAMIN HOLLAND, Bankrupt; and HERBERT HOLLAND and EVA LOORY, Assignees of BENJAMIN HOLLAND, Respondents.— The decree in condemnation proceedings awarded to the owner of the fee certain sums for the land and $12,000 for the improvements thereon, together with an allowance to the tenant for the fixtures. The tenant claims the sum awarded for improvements should have been awarded to it. Decree in so far as an appeal is taken therefrom unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.